# SMITH MULLIN, P.C.
COUNSELLORS AT LAW

240 CLAREMONT AVENUE · MONTCLAIR, NEW JERSEY 07042
TEL. (973) 783-7607 · FAX (973) 783-9894
NMULLIN@SMITHMULLIN.COM

NEIL MULLIN, ESQ.
*MEMBER NJ & NY BARS

*USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/2025*

September 16, 2025

**Via ECF and FedEx**
Hon. Colleen McMahon, U.S.D.J.
United States District Court for
The Southern District of New York
500 Pearl Street, Chambers 2550
New York, NY 10007

Re:   *The ASPCA v. Lavalette*
      *Civil Action No.: 25-cv-5016 (CM)(KHP)*

Dear Judge McMahon:

I am counsel for the defendant Gordon Lavalette in this matter and I write regarding the scheduling of the initial pretrial conference. Plaintiff requested an adjournment of the October 2, 2025 date and we respectfully request that the new date for the pretrial conference be scheduled after October 19, 2025 due to the fact that I will be in Italy from October 9 through 19 at the New Jersey State Bar conference.

Thank you for your consideration.

Respectfully submitted,

NEIL MULLIN

cc:   Michael Lynch, Esq. (via ecf & email)
      Lyle Zuckerman, Esq. (via ecf & email)

---

**MEMO ENDORSED:**

Conference adjourned to 11/6/2025 at 10:30 AM.

Colleen McMahon
9/16/2025