

## Davis Wright
## Tremaine LLP

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Lyle Zuckerman**
212-603-6452 tel
212-379-5224 fax

lylezuckerman@dwt.com

[Stamp:] USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 1/5/2026

December 29, 2025

*noted*

**VIA ECF**
The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 24A
New York, New York 10007

Re:   *The American Society for the Prevention of Cruelty to Animals v. Gordon Lavalette,*
Case No. 1:25-cv-05016 (CM) (KHP)

Dear Judge McMahon:

This firm represents plaintiff The American Society for the Prevention of Cruelty to Animals (the "ASPCA") in the above-referenced action. We write to provide an update on recent case developments.

On December 8, 2025, the ASPCA filed a motion (the "Motion") to dismiss the defendant Gordon Lavalette's ("Lavalette's") November 17, 2025 counterclaim. The ASPCA's reply in further support of its motion to dismiss was originally scheduled to be filed today, December 29. However, on December 17, Lavalette filed a first amended counterclaim. Accordingly, the ASPCA withdraws its Motion and will not submit a reply in further support of it. Instead, the ASPCA will file a response to Lavalette's first amended counterclaim on December 31, 2025 in accordance with Federal Rule of Civil Procedure 15(a)(3).

We thank the Court for its time and attention.

Respectfully submitted,

/s/ *Lyle Zuckerman*

Lyle Zuckerman

cc:   Neil Mullin, Esq. (via ECF)
*Counsel for defendant Gordon Lavalette*

*[Handwritten: To the Clerk, Please remove the motion at Docket # 35 from the court's list of open motions. That motion has been withdrawn. 1/5/2026]*

**DWT.COM**