UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
THE AMERICAN SOCIETY FOR THE :
PREVENTION OF CRUELTY TO ANIMALS, :
                                                          :          25-CV-5016 (CM) (RWL)
                               Plaintiff,         :
                                                          :
            - against -                          :                    **ORDER**
                                                          :
GORDAN LAVALETTE,                    :
                                                          :
                               Defendant.      :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This case has been referred to me for discovery disputes. To avoid the appearance of any impropriety, the Court discloses the following:

First, one of my law clerks recently accepted an offer of employment as an associate with Davis Wright Tremaine LLP. His last day of work for me is scheduled to be April 10, 2026. The instant case is assigned to my other law clerk.

Second, as reflected in Defendant's March 23, 2026, letter regarding discovery disputes, some discovery material at issue apparently pertains to an external investigation conducted by Patterson Belknap Webb & Tyler LLP. I worked at Patterson Belknap from 1989 to 1997 as an associate, and as a partner from 1998 to 2017. I had no involvement with ASPCA matters.

I do not believe either item requires my recusal. However, I will provide the parties with an opportunity to request recusal. Accordingly, by **March 31, 2026**, the parties shall meet and confer and file a letter indicating whether the parties have no objection to my continued involvement in the case, or instead, whether at least one party does object (in which instance the letter need not identify which party objects).

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 24, 2026
       New York, New York

Copies transmitted this date to all counsel of record.