

42nd Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Lyle S. Zuckerman**
212-603-6452 tel
212-379-5222 fax

lylezuckerman@dwt.com

March 24, 2026

**VIA ECF**
Hon. Robert W. Lehrburger
500 Pearl Street, Room 1960
United States Courthouse
New York, NY 10007

Re:     *The American Society for the Prevention of Cruelty to Animals v. Gordon Lavalette*
        Case No. 1:25-cv-05016 (CM) (RWH)

Dear Judge Lehrburger:

On behalf of Plaintiff, the American Society for the Prevention of Cruelty to Animals (the "ASPCA" or "Plaintiff"), we write to respectfully request that the ASPCA not be required to respond to points two, three, and four of Defendant Gordon Lavalette's ("Defendant") March 23, 2026 letter until the parties meet and confer on those matters as required by Your Honor's Individual Practice Rule II.D.

Defendant's letter claims that the parties' March 6 meet-and-confer covered all five topics raised in the March 23 letter for resolution. This is not true. The parties discussed only two matters: *first*, a proposed confidentiality order, which the Court so ordered on March 12, and *second*, the ASPCA's privilege log detailing the multitude of attorney-client privileged documents and audio recordings Defendant wrongfully procured and/or retained after the ASPCA terminated his employment—all of which were in his counsel's possession for months without disclosure to the ASPCA or this firm. These topics correspond to points one and five of Defendant's March 23 letter.

Counsel for Defendant <u>did not raise, and there was no discussion, during that call of the topics listed in the March 23 letter as two, three, and four</u>.

Pursuant to Your Honor's Individual Practice Rule II.D., the ASPCA will respond substantively by March 26, 2026, to the portions of Defendant's March 23 letter addressing his privilege log concerns (topics one and five). However, because the parties have never met and conferred regarding the other topics raised in Defendant's letter, the ASPCA respectfully requests that the Court order the parties to meet and confer on those issues before any further submissions are made.

DWT.COM

Hon. Robert W. Lehrburger
March 24, 2026
Page 2

The ASPCA anticipates that several clarifications and potential compromises regarding the positions reflected in its discovery responses would be more appropriately addressed through a meet-and-confer. Additionally, the ASPCA sent Defendant a discovery deficiency letter on March 17, to which Defendant has not yet responded. A meet-and-confer would provide the parties with an opportunity to address Plaintiff's concerns without requiring Court intervention.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

/s/ *Lyle Zuckerman*
Lyle Zuckerman

cc: all counsel of record via ECF

Request granted. Plaintiff's response need only address the first and fifth categories of Defendant's letter. It is quite apparent from Defendant's letter that the issues had not been sufficiently discussed and narrowed as to the second through fourth categories and that it is premature to address them.

SO ORDERED:

3/24/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE