USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   4/9/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE AMERICAN SOCIETY FOR THE
PREVENTION OF CRUELTY TO ANIMALS,

      Plaintiff,

-against-

GORDON LAVALETTE,

      Defendant.

25-CV-5016 (CM) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed on the record during the April 9, 2026 discovery conference, plaintiff must submit an updated "claw-back" privilege log, no later than **April 17, 2026**, that identifies, for each email, audio file, or other document on the log:

1. Each ASPCA and outside attorney who sent, received, or was copied on the written communication or was present (in person or remotely) for the oral communication;

2. Each non-attorney – other than ASPCA officers, directors, or employees – who sent, received, or was copied on the written communication or was present (in person or remotely) for the oral communication;

3. Whether the communication as to which privilege is claimed concerns[1] one or more of the "more than 70" internal complaints made by defendant against plaintiff, *see* Compl. (Dkt. 1) ¶¶ 2, 36, 41;  and,

4. If so:

    a.    The date on which each such internal complaint was made;

    b.    A short description of the internal complaint[2]; and

---

[1] The Court uses this term as defined in Local Civ. R. 26.3(c)(7).

[2] Alternatively, if the internal complaint was in writing, plaintiff may identify it by Bates number and produce a copy for the Court.

2

      c.      Whether plaintiff contends that the internal complaint was baseless, frivolous, vexatious, harassing, and/or presented in bad faith. *See* Compl. ¶¶ 2-5, 36-43.

Additionally, no later than **April 17, 2026**, plaintiff may submit a supplemental letter-brief, limited to three pages, addressing the information disclosed in the updated privilege log. Defendant may submit a responding letter-brief, limited to three pages, no later than **April 24, 2026**.

Dated: New York, New York  
       April 9, 2026

**SO ORDERED.**

_____  
**BARBARA MOSES**  
**United States Magistrate Judge**