UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE AMERICAN SOCIETY FOR THE
PREVENTION OF CRUELTY TO ANIMALS,

Plaintiff,

-against-

GORDON LAVALETTE,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __05/14/26__

25-CV-5016 (CM) (BCM)

**ORDER SCHEDULING
DISCOVERY CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

It is HEREBY ORDERED that a discovery conference will take place on **June 1, 2026** at **9:00 a.m.** in Courtroom 20A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007. For planning purposes, the parties are advised that they should be prepared to address the following at the June 1, 2026 discovery conference:

1. The outstanding disputes following the Court's April 9, 2026 order (Dkt. 61), as captured by the parties' supplemental letters (Dkts. 67, 77);

2. Plaintiff's April 21, 2026 letter-motion (Dkt. 71); and

3. Defendant's April 29, 2026 letter-motion (Dkt. 81).

No later than **May 26, 2026**, the parties must submit a joint letter, advising the Court as to the status of document discovery and providing any updates relevant to their outstanding discovery disputes.

Dated: New York, New York
      May 14, 2026

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**