USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___06/23/26___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE AMERICAN SOCIETY FOR THE
PREVENTION OF CRUELTY TO ANIMALS,

Plaintiff,

-against-

GORDON LAVALETTE,

Defendant.

25-CV-5016 (CM) (BCM)

**ORDER SCHEDULING
DISCOVERY CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

The Court is in receipt of three discovery letter-motions from the parties, all filed on June 18, 2026: (i) defendant's letter-motion raising "ongoing discovery violations by the ASPCA" (Defendant's Motion) (Dkt. 95); (ii) plaintiff's letter-motion to compel non-party The New York Racing Association, Inc. (NYRA) to produce documents in response to a subpoena (Plaintiff's Subpoena Motion) (Dkt. 96); and (iii) plaintiff's letter-motion seeking an order reopening defendant's deposition and compelling him to answer certain questions (Plaintiff's Deposition Motion) (Dkt. 97).

It is HEREBY ORDERED that the Court will conduct a discovery conference on **July 2, 2026**, at **9:00 a.m.** in Courtroom 20A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007. The parties should be prepared to address all three of the motions identified above.

With regard to Defendant's Motion and Plaintiff's Deposition Motion, the briefing schedule is as set forth in Moses Indiv. Prac. § 2(e). As to Plaintiff's Subpoena Motion, plaintiff must promptly file proof of service of its letter-motion and supporting documents on NYRA. NYRA must respond no later than **June 26, 2026**. Plaintiff must file its reply, if any, no later than **June 30, 2026**. Plaintiff must also serve this order on NYRA and file proof of such service.

Dated: New York, New York
      June 23, 2026

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**